IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Stephen Phillips
_____

(Enter above the full name of the plaintiff or plaintiffs in this action.)

vs.

Correctional Officer/sgt. Oliver (female)
_____

(Enter above the full name of the defendant or defendants in this action.)

RECEIVED

MAY 08 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
   Plaintiffs: _____
   
   Defendants: _____
   
   2. Court (if federal court, name the district; if state court, name the county): _____
   3. Docket Number: _____
   4. Name of judge to whom case was assigned: _____
   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   6. Approximate date of filing lawsuit: _____
   7. Approximate date of disposition: _____

-1-

Revised 4/18/08

II. Place of Present Confinement: Hardeman County Correctional Facility
A. Is there a prisoner grievance procedure in the institution?
                                                                                            Yes (✓) No ( )
B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
                                                                                            Yes (✓) No ( )
C. If your answer is Yes:
    1. What steps did you take? I filed a grievance on defendant Oliver for a violation of my Eighth Amendment Right regarding cruel & unusual punishment
    2. What was the result? I'm still waiting on the result.
D. If your answer is No, explain why not: _____

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
A. Name of Plaintiff Stephen Phillips
   Address HCCF, 2520 Union Springs Rd., Whiteville, Tn. 38075

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
B. Defendant FNU Correctional Officer/Sgt. Oliver Hardeman County Correctional Facility Correctional Officer/Sergeant is employed as at Hardeman County Correctional Facility

C. Additional Defendants: _____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

On February 2, 2023 in the 7:00 a.m. hr, I was notified by, Oliver, to go to the mail room at 8:00 a.m. and get my legal mail. En following, I asked, Oliver, to write me a pass so I could show the hallway Sergeant that usually be at the entry gate. I have permission to go & get my legal mail & since the hallway sergeant, Faulkin, usually ask me "do I have a pass". Oliver, refused to give me a pass but when I first asked her she said she would & then she insisted I just go ahead & get my legal mail anyway. So, I went on to the mailroom & got my legal mail & soon as I returned to my housing unit, Oliver, would not let me through the front entry door to go inside my pod & she just had me standing there for "too long" a time. It did appear to be cruel & unusual punishment & conspiracy.

Revised 4/18/08

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the defendant to pay me $300,000,000.00

VI.  Jury Demand

I would like to have my case tried by a jury. Yes ( ) No (✓)

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __1__ day of __May__, 20__23__.

_Stephen Phillips_

(Signature of Plaintiff/Plaintiffs)